UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
CAROL PHOOMAHAL and LONG ISLAND
HOUSING SERVICES, INC., by MICHELLE
SANTANTONIO, Executive Director,

                         Plaintiffs,                       **ORDER**
                                                       CV 04-2083 (ARL)

       -against-


RIDGEHAVEN VILLAGE, BROOKWOOD
MANAGEMENT COMPANY, HARVEY AUERBACH,
Owner, NANCY AUERBACH, STEVEN AUERBACH,
MICHAEL BARONE, TURHAN "TUTU" HOLLINGTON,
JEAN WALTER, DeVONNE TURNER, DEBORAH
EDMONDSON, and JOY RODRIGUEZ,

                          Defendants.
--------------------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**


       On April 2, 2008, the court held a telephone conference at which time the trial was
scheduled for June 9th. All parties, including Ms. Edmondson, participated in the conference call.
In addition, an order was issued confirming that the trial would begin at 10:00 a.m. on June 9th.
Despite receipt of that order, Ms. Edmondson did not appear this morning. The court has tried to
contact Ms. Edmondson numerous times this morning to discuss her absence.

       For the reasons that are outlined in detail on the record, the court has decided to proceed
with the jury selection today. Opening statements will begin tomorrow morning at 10:00 a.m.
followed by the plaintiff's direct case. Ms. Edmondson is urged to appear and is warned that she
will be bound by any rulings or decisions that may be rendered in her absence.

Dated: Central Islip, New York          **SO ORDERED:**
       June 9, 2008

                                        _____/s/_____
                                        ARLENE R. LINDSAY
                                        United States Magistrate Judge